PHILLIP A. TALBERT
Acting United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>NIRMAL SINGH BAINS,<br><br>              Defendant. | CASE NO.: 1:01-CR-05377 DAD<br><br>MOTION TO DISMISS INDICTMENT AS TO DEFENDANT NIRMAL SINGH BAINS;  ORDER |

In the interest of justice, the government moves to dismiss without prejudice the indictment in this case as to defendant Nirmal Singh Bains only, pursuant to Federal Rule of Criminal Procedure 48(a).  Nirmal Singh Bains has not appeared in this case.

Dated: Sept. 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant United States Attorney

IT IS ORDERED that the indictment is dismissed without prejudice as to defendant Nirmal Singh Bains.

IT IS SO ORDERED.

Dated:  **September 17, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1